UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARVIN BROWN | CIVIL ACTION |
| VERSUS | NO. 09-6762 |
| DOUGLAS BROOKS ET AL. | SECTION "C" (2) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motion for summary judgment is **GRANTED** and plaintiff's Section 1983 complaint is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 12 day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE